



# MEMORANDUM OPINION

No. 04-12-00095-CV

**IN RE** Lawrence **LETCHFORD**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Phylis J. Speedlin, Justice

Delivered and Filed:  February 29, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On February 15, 2012, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-CI-00410, styled *Lawrence Letchford v. Guy Bodine*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Renée F. McElhaney presiding. However, the order complained of was signed by the Honorable Janet Littlejohn, presiding judge of the 150th Judicial District Court, Bexar County, Texas.